**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTOPHER ROBERTS, KLAUS**
**MEYER, ALEXIS SUTTON, ROB**
**MCGAHEN, ELTON MORDIS and**
**SHENIKA SHEPPARD, individually**
**on behalf of themselves**
**and all similarly situated,**

     **Plaintiffs,**

**v.**                                 **Case No: 8:23-cv-2447-WFJ-CPT**

**PUBLIX SUPER MARKETS, INC.,**

     **Defendant.**
_____/

**O R D E R**

Pursuant to the Court's order severing out several named Plaintiffs (Dkt. 159) and the Joint Motion concerning same (Dkt.163), the Court **ORDERS** as follows:

1) Plaintiff Christopher Roberts shall retain this case number, 8:23-cv-2447-WFJ-CPT.  All future pleadings and papers filed on behalf of Plaintiff Christopher Roberts shall be filed in Case Number 8:23-cv-2447-WFJ-CPT.  Once the Court determines the status of the opt-in Plaintiffs, the caption on all pleadings and filings shall appear as follows:

**CHRISTOPHER ROBERTS,**

     **Plaintiff,**

**v.**                                     **Case No. 8:23-cv-2447-WFJ-CPT**

**PUBLIX SUPER MARKETS, INC.,**

     **Defendant.**

_____/

2) In Case Number 8:23-cv-2447-WFJ-CPT, the Clerk will not terminate the remaining Plaintiffs KLAUS MEYER, ALEXIS SUTTON, ROB MCGAHEN, ELTON MORDIS and SHENIKA SHEPPARD, until further order of the Court. The Court will enter a separate order directed to these opt-in Plaintiffs.

3) Consistent with the Court's prior order, the Clerk will open four separate new cases (new case numbers) for each individual Plaintiff—CAITLIN THROCKMORTON, BRANDY MOORE, CARTER HOBBS, and JESSICA SCHAFER. To open each of the four cases, the Clerk will docket the operative complaint filed in this case found at docket 25. These four cases should be assigned to the same judges: the undersigned and U.S. Magistrate Judge Tuite.

  **DONE** and **ORDERED** in Tampa, Florida on January 14, 2025.

                            _s/_*William F. Jung*_____
                            **WILLIAM F. JUNG**
                            **UNITED STATES DISTRICT JUDGE**