UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER ROBERTS,<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>Defendant. | Case No. 8:23-cv-02447-WFJ-CPT |

**PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER
DATED JANUARY 15, 2025 (DOC. NO. 165)**

Plaintiff and Opt-in Plaintiffs, pursuant to this Court's Order dated January 15, 2025 (Doc. No. 165) state as follows:

1. The following Opt-in Plaintiffs wish to remain before this Court and division to proceed with their claims:

    a. Anderson, Rosiland

    b. Hash, Jason

    c. Moore, Joshua

    d. Rojo, Kristopher

    e. Young, Drew Elliot

2. The following Opt-in Plaintiffs wish to remain before this Court, but in the Orlando division to proceed with their claims:

1

   a. Adams, Michael

   b. Cunningham, Heather

   c. Dattoli, Jamie

   d. Monaco, Anthony

   e. Pacheco, Manuel

   f. Pohlmann, Corbin

   g. Tan, Andrew

   h. Williams, Kindra

  3. The following Opt-in Plaintiffs wish to remain before this Court, but in the Jacksonville division to proceed with their claims:

   a. Canforra, John

   b. Churuti, Daniel

  4. The following Opt-in Plaintiffs wish to remain before this Court, but in the Ft. Myers division to proceed with their claims:

   a. Edney, Ken

   b. Metellus, Champagne

  5. All remaining Opt-in Plaintiffs shall be dismissed without prejudice to either proceed with their claims in a different District Court, or have elected to not pursue their claims. Pursuant to this Court's January 15, 2025 Order (Doc. 165), these remaining Opt-in Plaintiffs have sixty days from the dismissal date of

February 14, 2025 to refile their claims with tolling from such dismissal date. Thus, the deadline to file before the sixty day tolling expires is April 15, 2025.

Dated: February 14, 2025                    Respectfully submitted

/s/ Gregg I. Shavitz
Gregg I. Shavitz, Esq.
Florida Bar No. 11398
Loren B. Donnell
Florida Bar No. 013429
Marilyn Linares
Florida Bar No. 1030948
**SHAVITZ LAW GROUP, P.A.**
662 Banyan Trail, Suite 200
Boca Raton, Florida 33431
(561) 447-8888
gshavitz@shavitzlaw.com
ldonnell@shavitzlaw.com
mlinares@shavitzlaw.com

/s/ Ryan Morgan
C. Ryan Morgan, Esq.
Florida Bar No. 0015527
Andrew Frisch
Florida Bar No. 27777
Jolie Pavlos
Florida Bar 125571
**MORGAN AND MORGAN, P.A.**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
(407) 418-2069
rmorgan@forthepeople.com
afrisch@forthepeople.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

/s/ Gregg I. Shavitz
Gregg I. Shavitz