UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PUBLIX SUPER MARKETS, INC.<br><br>　　　　Defendant. | Case No. 8:23-cv-02447<br><br>Judge William F. Jung<br><br>Magistrate Judge Christopher P. Tuite |

## ORDER

Before the Court in this Fair Labor Standards Act off-the-clock overtime case is the parties' Joint Status Report and Motion to Stay (Dkt. 193). Having been advised that the parties intend to request transfer of more than 40 related cases to this Court, each having been filed in other federal courts after having been dismissed from this case following the denial of collective action certification under the FLSA, the Court finds good cause to enter a stay of proceedings until November 21, 2025.

During the stay, the parties will cooperate in good faith to expeditiously seek transfer of those related cases to this Court for the purpose of coordination and to facilitate, if possible, their resolution. The parties will file a status report by November 24, 2025, advising whether they need additional time to effect this plan or, alternatively, that all cases that can be transferred have been.

**DONE AND ORDERED** at Tampa, Florida, on October 22, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE